imprisonment to run concurrently with the life terms. Defendant appeals the judgment and sentence. Defendant also appeals the denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

---

*MEMORANDUM DECISION*

PER CURIAM.

Plaintiffs appeal from the order of the trial court dismissing their cause of action for lack of subject-matter jurisdiction. Plaintiff Mary Mooney fell at her workplace and alleged that defendant co-employees were negligent in making repair to a portion of the premises where she fell. The judgment of the trial court is supported by the evidence and is in accord with the law. *State ex rel. Badami v. Gaertner,* 630 S.W.2d 175 (Mo. App. banc 1982). No error of law appears. An opinion would have no precedential value. The parties have been furnished with a statement supporting this decision.

Judgment affirmed. Rule 84.16(b).

---

**Mary MOONEY and Joseph Mooney, Plaintiffs/Appellants,**

v.

**Charles M. MUELLER, Jr., and Barry S. Ginsburg, Defendant Ad Litem for George Gramwich, Deceased, Defendants/Respondents.**

No. 66944.

Missouri Court of Appeals, Eastern District, Division Two.

June 6, 1995.

Stephen M. Glassman, Clayton, for appellants.

Barbara W. Wallace, David A. Feltz, Holtkamp, Kiese, Beckemeier & Childress, P.C., St. Louis, for respondents.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

---

**STATE of Missouri, Respondent,**

v.

**Bryan SEDDENS, Appellant.**

**Bryan SEDDENS, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 60654, 63759.

Missouri Court of Appeals, Eastern District, Division Four.

June 6, 1995.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.